# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2885

_____

| | | |
|---|---|---|
| Catherine Kirklin, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Prudential Healthcare Management | * | Appeal from the United States |
| Insurance; Roxanne Irby; Shelly | * | District Court for the |
| Hayes; Keith Barnes, | * | Eastern District of Arkansas. |
| | * | |
| Appellees, | * | [UNPUBLISHED] |
| | * | |
| Robbi Davis; Janice Billings Bailay, | * | |
| | * | |
| Movants. | * | |

_____

Submitted: August 3, 1999
Filed: August 13, 1999

_____

Before BOWMAN, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Catherine Kirklin appeals the District Court's[1] entry of judgment upon a jury verdict for defendants in her employment discrimination action. After careful review,

_____

[1]The Honorable Stephen M. Reasoner, United States District Judge for the Eastern District of Arkansas.

we are satisfied that the trial record supports the jury's verdict, and that the Court's challenged rulings were proper.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.